1 [COUNSEL LISTED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN LONG, DAVID HORN, and LLOYD CONARD, individuals, individually and on behalf of all similarly situated aggrieved employees,<br><br>Plaintiffs,<br><br>vs.<br><br>STANLEY BLACK & DECKER, INC., STANLEY ACCESS, INC., STANLEY SECURITY SOLUTIONS, INC., STANLEY CONVERGENT SECURITY SOLUTIONS, INC., AEROSCOUT, INC., BLACK & DECKER (U.S.) INC., CRC-EVANS PIPELINE INTERNATIONAL, INC., EMHART TECHNOLOGIES LLC, FASTENER INNOVATION TECHNOLOGY, INC., LISTA INTERNATIONAL CORPORATION, POWERS FASTENERS, INC., SPIRALOCK CORPORATION, STANLEY FASTENING SYSTEMS LP, STANLEY SUPPLY & SERVICES, INC., STANLEY ACCESS TECHNOLOGIES LLC, and DOES 16 through 50, inclusive,<br><br>Defendants. | Case No. 3:14-cv-01246-JLS-BGS<br><br>**JOINT NOTICE OF SETTLEMENT** |

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

Thomas D. Rutledge (SBN: 200497)
Attorney-at-Law
3555 Fifth Avenue, Suite 201
San Diego, CA 92103
Telephone:  619-886-7224
Facsimile:   619-259-5455

Attorney for Plaintiffs
DONOVAN LONG, DAVID HORN,
and LLOYD CONARD

Amanda C. Sommerfeld (SBN: 185052)
asommerfeld@winston.com
Monique Ngo Bonnici (SBN: 241315)
mbonnici@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone:  213-615-1700
Facsimile:   213-615-1750

Attorneys for Defendants
STANLEY BLACK & DECKER, INC.,
STANLEY ACCESS, INC., STANLEY
SECURITY SOLUTIONS, INC.,
STANLEY CONVERGENT SECURITY
SOLUTIONS, INC., AEROSCOUT,
INC., BLACK & DECKER (U.S.) INC.,
CRC-EVANS PIPELINE
INTERNATIONAL, INC., EMHART
TECHNOLOGIES LLC, FASTENER
INNOVATION TECHNOLOGY, INC.,
LISTA INTERNATIONAL
CORPORATION, POWERS
FASTENERS, INC., SPIRALOCK
CORPORATION, STANLEY
FASTENING SYSTEMS LP,
STANLEY SUPPLY & SERVICES,
INC., AND STANLEY ACCESS
TECHNOLOGIES LLC

1

**JOINT NOTICE OF SETTLEMENT**
**CASE NO. 3:14-CV-01246-JLS-BGS**

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Donovan Long, David Horn, and Lloyd Conard ("Plaintiffs") and Defendants Stanley Black & Decker, Inc., Stanley Access, Inc., Stanley Security Solutions, Inc., Stanley Convergent Security Solutions, Inc., Aeroscout, Inc., Black & Decker (U.S.) Inc., CRC-Evans Pipeline International, Inc., Emhart Teknologies LLC, Fastener Innovation Technology, Inc., Lista International Corp., Powers Fasteners, Inc., Spiralock Corp., Stanley Fastening Systems LP, Stanley Supply & Services, Inc., and Stanley Access Technologies LLC ("Defendants") have reached a settlement of this putative class action.

The parties have agreed upon the essential terms of the settlement and are in the process of negotiating and finalizing the written long form settlement agreement. The parties anticipate that the long form settlement agreement will be completed by July 30, 2014, and the Motion for Preliminary Approval of Class Action Settlement will be filed by September 15, 2014.

The parties respectfully request that all dates, including the Early Neutral Evaluation Conference on July 9, 2014, be vacated.

Dated: June 24, 2014

Respectfully submitted,
WINSTON & STRAWN LLP

By: s/Thomas D. Rutledge (*with permission*)
THOMAS D. RUTLEDGE

Attorneys for Plaintiffs
E-mail: thomasrutledgelaw@gmail.com

Dated: June 24, 2014

Respectfully submitted,

2

JOINT NOTICE OF SETTLEMENT
CASE NO. 3:14-CV-01246-JLS-BGS

WINSTON & STRAWN LLP

By: s/Amanda C. Sommerfeld
AMANDA C. SOMMERFELD
MONIQUE NGO-BONNICI

Attorneys for Defendants
E-mail: asommerfeld@winston.com
E-mail: mbonnici@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2014, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I hereby certify that I am a member of the Bar of the United States District Court, Southern District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 24, 2014, at Los Angeles, CA.

By: s/Amanda C. Sommerfeld
AMANDA C. SOMMERFELD

Attorneys for Defendants
E-mail: asommerfeld@winston.com